# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK KENNEDY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **JUDGE GENECE BRINKLEY** | : | NO. 15-1233 |

FILED
MAR 16 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 16th day of March, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

03/16 mailed to plaintiff